FILED
FEB 22 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VICKY REE SUMMERSILL CANNOY, )
)
        Plaintiff, )
)
v. )   Civil Action No. 11 0413
)
DEPARTMENT OF JUSTICE, )
)
        Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the

1

doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

In a rambling and poorly organized pleading, plaintiff alternatively complains of the denial of benefits owed to her for injuries sustained by her deceased father, the disposition of her deceased mother's assets by a Florida probate court, and a long list of torts allegedly committed by the United States Department of Justice. The complaint does not contain a short and plain statement of a claim showing that plaintiff is entitled to the relief she seeks. Moreover, given the dearth of factual allegations supporting the tort claims plaintiff raises, the pleading does not provide fair notice to defendant of the claims against it.

For these reasons, the complaint will be dismissed without prejudice for its failure to comply with Rule 8(a). An Order is issued separately.

/s/ Colleen Kollar-Kotelly
United States District Judge

DATE: Feb. 16, 2011